**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON HINTON** **PLAINTIFF**

**V.** **4:25CV00984 JM**

**FRANK BISIGNANO,**
**SOCIAL SECURITY ADMINISTRATION,**
**COMMISSIONER** **DEFENDANT**

**ORDER**

Plaintiff has filed a motion for attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Dkt. No. 14) in the amount of $8,000.00 and expenses in the amount of $405.00. The motion is unopposed.

Under the EAJA, a prevailing social security claimant is entitled to an award of reasonable attorney's fees and expenses unless the Commissioner's position in denying benefits was "substantially justified" or special circumstances make an award unjust. 28 U.S.C. § 2412(d)(1)(A). A claimant who wins a sentence-four remand order, such as the one entered in this case (Dkt. No. 12), is a prevailing party entitled to EAJA fees. *Shalala v. Schaefer*, 509 U.S. 292, 302 (1993).

The Court finds that the Plaintiff is the prevailing party, and the agreed amount of attorney's fees is reasonable.

Accordingly, it is hereby ORDERED,

(1) the motion for attorney fees (ECF No. 14) is GRANTED;

(2) Plaintiff's attorney is entitled to a fee in the amount of $8,000.00 and expenses in the amount of $405.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412; and

(3) the Commissioner is directed to pay Plaintiff the amount awarded pursuant to the EAJA.

IT IS SO ORDERED this 4th day of November, 2026.

James M. Moody Jr.
United States District Judge